AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2024

SEAN F. McAVOY, CLERK

STEPHEN WHITE, M.D.,

*Plaintiff*

v.

XAVIER BECERRA,
Secretary for the United States Department of Health and Human Services,

*Defendant*

Civil Action No. 2:19-CV-00037-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff/Petitioner's Motion for Summary Judgment, ECF No. 39, is GRANTED.
Defendant/Respondent's Motion for Summary Judgment, ECF NO. 42, is DENIED.
The decision of the Secretary is REVERSED.
Judgment entered in favor of Plaintiff/Petitioner and against Defendant/Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on cross-Motions for Summary Judgment.

Date: 10/28/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz